736 A.2d 522

IN THE MATTER OF THE ADOPTION
OF A CHILD BY W.P., AND M.P.

July 16, 1999.

Leave to appeal is granted.

736 A.2d 522

IN RE ADVISORY COMMITTEE ON PROFESSIONAL
ETHICS ACPE DOCKET NO. 1–99 (CHARLES Z.
SCHALK–PETITIONER).

July 16, 1999.

ORDERED that the notice of petition for review of the Advisory Committee on Professional Ethics ACPE Docket # 1–99, whether a municipal planning board attorney may also serve as public defender in the same municipality is granted; and it is further

ORDERED that the stay of the decision of the ACPE in this matter continue pending disposition of the appeal.

736 A.2d 522

CAMDEN COUNTY ENERGY RECOVERY ASSOCIATES, ETC., v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL., DEFENDANTS–RESPONDENTS AND BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAMDEN, DEFENDANT–MOVANT.

July 16, 1999.

Leave to appeal is granted.